

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES SHAWNAMA JEFFLO,<br>aka Benzo,<br><br>Defendant. | Case No. 2:23-MJ-01769<br><br>**ORDER OF DETENTION** |

On April 13, 2023, Defendant Mercedes Shawnama Jefflo made her initial appearance in this district on the Indictment filed in the District of North Dakota. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the Defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

&boxtimes; the appearance of the Defendant as required.

&boxtimes; the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the Defendant;

(c) Defendant's history and characteristics; and

(d) the nature and seriousness of the danger to any person or the community.

See 18 U.S.C. § 3142(g) The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions as to risk of non-appearance and danger to the community on the allegation that Defendant continued to engage in illegal behavior, specifically conspiring to distribute and possess a controlled substance, while on Pretrial Supervision as a result of a prior charge for conspiring to possess and distribute a controlled substance.

It is therefore ORDERED that Defendant Mercedes Shawnama Jefflo be detained until trial and be transported to the United States District Court

for the District of North Dakota for further proceedings. **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. See 18 U.S.C. § 3142(i).

Dated: April 14, 2023

*Patricia Donahue*
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE